```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                               Plaintiff,                   :
                                                            :     16 Cr. 790 (LGS)
            -against-                                       :
                                                            :     19 Cr. 196 (LGS)
DUJOHN WILLETTE,                                            :
                               Defendant,                   :     SCHEDULING ORDER
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Dujohn Willette's sentencing hearing shall be held on **March 31, 2020** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **March 9, 2020**. The Government's pre-sentencing submission, if any, shall be filed by **March 12, 2020.**

Dated: December 26, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE