UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                      :

UNITED STATES OF AMERICA,       :

                       Plaintiff,   :        16 Cr. 790 (LGS)
                                        :

            -against-        :        19 Cr. 196 (LGS)
                                        :

DUJOHN WILLETTE,           :          <u>ORDER</u>
                      Defendant,  :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Dujohn Willette's sentencing hearing currently scheduled for April 23, 2020 is adjourned to **June 18, 2020** at **2:00 p.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **May 26, 2020**.  The Government's pre-sentencing submission, if any, shall be filed by **May 29, 2020.**

Dated: April 6, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**