UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                   Plaintiff,               :    16 Cr. 790 (LGS)
                                                            :
            -against-                                       :    19 Cr. 196 (LGS)
                                                            :
DUJOHN WILLETTE,                                            :
                                   Defendant,               :    SCHEDULING ORDER
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a sentencing hearing is currently scheduled for November 18, 2020.

WHEREAS the parties filed a letter consenting to appearing via videoconference or telephone. (Dkt. No. 56)  It is hereby,

**ORDERED** that the sentencing hearing currently scheduled for November 18, 2020, will be conducted via videoconference.  The defendant, his counsel and counsel for the Government are directed to appear and will be provided with call-in instructions via email.  Members of the press and public may dial into this hearing using conference call number: (888) 363-4749; and access code: 558-3333.

The Clerk of the Court is directed to terminate the letter motion at docket number 56.

Dated: November 17, 2020
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**