```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :
    UNITED STATES OF AMERICA                :
                                            :
                                            :       16 Cr. 790 (LGS)
                -against-                   :
                                            :       ORDER
    DUJOHN WILLETTE,                        :
                              Defendant,    :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** the parties shall file a joint status letter on **June 24, 2022,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: June 17, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**