**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 23, 2022

**By ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Dujohn Willette*, 19 Cr. 196 / 16 Cr. 790 (LGS)

Dear Judge Schofield:

  I write without objection from the Government to respectfully request a brief adjournment of the VOSR hearing presently scheduled for January 23, 2023. The parties are available the week of January 30, 2023 as well as February 9, 10, 13, 14, 15, 16, and 17. Thank you for your consideration of this request.

         Respectfully submitted,

         /s/ Ariel Werner
         Ariel Werner
         Assistant Federal Defender
         917-751-2050

CC: AUSA Danielle Sassoon (by ECF)

Application Granted. The evidentiary hearing currently scheduled for January 23, 2023, is adjourned to **January 30, 2023, at 10:30 a.m**. and conclude on Janaury 31, 2023. The Clerk of the Court is directed to terminate the letter motion at docket number 62 in 16 Cr. 790 and docket number 78 in 19 Cr. 196.

Dated: December 30, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**