UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                 **ORDER**

    -against-           23 Cr. 37 (RMB)
                 19 Cr. 196 (RMB)
                 16 Cr. 790 (RMB)

DUJOHN WILLETTE,

       Defendant.
-----------------------------------------------------------X

After (further) consideration of the parties' requests and submissions: the Court will hold the hearing on the violation specifications on October 24, 2023 at 10:00 am;

Sentencing is adjourned to November 28, 2023 at 12:00 noon;

Defense (supplemental) sentencing submission, if any, is due October 31, 2023; and

Government sentencing submission is due November 7, 2023.

Dated: New York, New York
     September 12, 2023

                */s/ RMB*
             _____
             **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/23