**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 23 CR 37 (RMB) |
| | : | 19 CR. 196 (RMB) |
| | : | 16 CR 790 (RMB) |
| - against - | : | |
| | : | **ORDER** |
| | : | |
| DUJOHN WILLETTE, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The supervised release hearing, guilty plea & sentencing scheduled for Wednesday, November 1, 2023 at 9:00 A.M. will take place in Courtroom 17B.

Dated: October 25, 2023
New York, NY

_Richard M. Berman_
RICHARD M. BERMAN
U.S.D.J.