**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

UNITED STATES OF AMERICA,

**ORDER**

-against-                                         23 Cr 55 (RMB)

GIORDANY CASTILLO-ABREU,

                              Defendant.
----------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on December 1, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that GIORDANY CASTILLO-ABREU's guilty plea is accepted.

IT IS FURTHER ORDERED that the sentence will be held on Wednesday, March 20, 2024 at 11:00 am. Defense sentencing submission shall be filed by March 5, 2024. Government sentencing submission shall be filed by March 12, 2024.

Dated: New York, New York
       December 5, 2023

_RMB_
_____
**RICHARD M. BERMAN, U.S.D.J.**