**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 23 CR. 37 (RMB) |
| | : | 16 CR 790 (RMB) |
| - against - | : | 19 CR 196 (RMB) |
| | : | |
| | : | **ORDER** |
| DUJOHN WILLETTE, | : | |
| | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, September 3, 2025 at 10:00 A.M. will take place in Courtroom 17B.

Dated: August 27, 2025
New York, NY

*Richard M. Berman*

RICHARD M. BERMAN
U.S.D.J.