**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,              23 CR. 37 (RMB)
                                               16 CR 790 (RMB)
      - against -                       19 CR 196 (RMB)

                                          **ORDER**

DUJOHN WILLETTE,

                Defendant.
-------------------------------------------------------------x

        The supervised release hearing scheduled for Tuesday, September 30, 2025 at 11:00 A.M. will take place in Courtroom 17B.

Dated: September 24, 2025
         New York, NY

                                            _____
                                               RICHARD M. BERMAN
                                                     U.S.D.J.