UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,            :        23 CR. 37 (RMB)
                                           :        16 CR 790 (RMB)
         - against -                       :        19 CR 196 (RMB)
                                           :          **ORDER**
DUJOHN WILLETTE,                           :
                                           :
                    Defendant.             :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 13, 2025 at 1:00 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 319 504 377#

Dated: November 5, 2025
       New York, NY

RICHARD M. BERMAN
U.S.D.J.