**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

UNITED STATES OF AMERICA,       :

                                      :

                    Government,     :       23 CR. 37 (RMB)

                                        :       16 CR. 790 (RMB)

         - against -            :       19 CR 196 (RMB)

                                        :       <u>**ORDER**</u>

DUJOHN WILLETTE,          :

                                      :

                    Defendant.      :

----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, December 11, 2025 at

11:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 305 295 958#

Dated: December 3, 2025
      New York, NY

_Richard M. Berman_
         **RICHARD M. BERMAN**
             **U.S.D.J.**