**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                    :
                              Government,           :          23 Cr. 37 (RMB)
                                                    :          16 CR. 790 (RMB)
                - against -                          :          19 CR 196 (RMB)
                                                    :          **ORDER**
DUJOHN WILLETTE,                                    :
                                                    :
                              Defendant.            :
-----------------------------------------------------------------x


    The supervised release hearing is scheduled for January 15, 2026 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

    Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442

    Conference ID: 579 624 246#


Dated: January 8, 2026
        New York, NY


_Richard M. Berman_
**RICHARD M. BERMAN**
**U.S.D.J.**