**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                         :

                          Government,    :        16 Cr. 790 (RMB)

                                        :        19 Cr. 196 (RMB)

        - against -               :        23 Cr. 37 (RMB)

                                        :

DUJOHN WILLETTE,                                  :        **ORDER**

                                        :

                      Defendant.    :
-------------------------------------------------------------x

       The supervised release hearing is scheduled for February 18, 2026 at 9:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: February 11, 2026
       New York, NY

                                              *RMB*

                                      **RICHARD M. BERMAN**
                                           **U.S.D.J.**