# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

## MEMO ENDORSED

February 13, 2026

**By ECF and Email**

Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. Dujohn Willette,
                23 Cr. 37 (RMB), 19 Cr. 196 (RMB), 16 Cr. 790 (RMB)

Dear Judge Berman:

      I write with the consent of Probation and the Government to respectfully request an adjournment of the supervised release conference presently scheduled for Wednesday, February 18, 2026, as I will be unavailable that day. After conferring with U.S. Probation Officer John Gomez and AUSA Adam Sowlati, I respectfully request that the conference be set during the week of March 2, when all parties will be available.

      Thank you for your consideration of this request.

                       Respectfully,

                       Ariel C. Werner
                       Assistant Federal Defender
                       917-751-2050

cc:    AUSA Adam Sowlati
       USPO John Gomez

> Application granted. The hearing is adjourned to March 2, 2026 at 10:30 a.m. on Microsoft Teams. The Court will send the link by email.
>
> February 13, 2026
>
> *Richard M. Berman*
> _____
> Richard M. Berman, U.S.D.J.