**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :

                                             :

                     Government,            :            16 Cr. 790 (RMB)

                                             :            19 Cr. 196 (RMB)

      - against -                          :            23 Cr. 37 (RMB)

                                             :

DUJOHN WILLETTE,                          :            **ORDER**

                                           :

                     Defendant.            :
-----------------------------------------------------------------x

      The supervised release hearing is scheduled for April 7, 2026 at 12:00 P.M. on Microsoft Teams. The Court will send the link by email.

Dated: March 25, 2026
       New York, NY

                                                        **RICHARD M. BERMAN**
                                                            **U.S.D.J.**