**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,          :

                                :

              Government,      :        23 CR. 37 (RMB)

                                :        16 CR. 790 (RMB)

        - against -           :        19 CR 196 (RMB)

                                :

DUJOHN WILLETTE,          :        **ORDER**

                                :

              Defendant.       :
---------------------------------------------------------------x

      The supervised release hearing is scheduled for Tuesday, June 16, 2026 at

12:00 P.M.

      The court will send the link via email.


Dated: June 10, 2026
      New York, NY

                                    **RICHARD M. BERMAN**
                                      **U.S.D.J.**