**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,          :

                                    :        23 CR. 37 (RMB)

               Government,     :        19 CR. 196 (RMB)

                                    :        16 CR 790 (RMB)

      - against -            :

                                    :        **ORDER**

DUJOHN WILLETTE,            :

                                    :

               Defendant.      :
----------------------------------------------------------------x

       The supervised release hearing is scheduled for Wednesday, July 1, 2026 at

11:00 A.M.

       The court will send the link via email.

Dated: June 24, 2026
       New York, NY

                                **RICHARD M. BERMAN**
                                   **U.S.D.J.**