**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Government,<br><br>- against -<br><br>DUJOHN WILLETTE,<br><br>Defendant. | 23 CR. 37 (RMB)<br>16 CR. 790 (RMB)<br>19 CR. 196 (RMB)<br>**ORDER** |

The supervised release hearing scheduled for Tuesday, August 4, 2026 at 11:00 A.M. will take place in Courtroom 17B.

Dated: July 29, 2026
New York, NY

RMB

RICHARD M. BERMAN
U.S.D.J.